■ MALIK ABDELRAZIG, Appellant, v ESSENCE COMMUNICATIONS, INC., Respondent. [639 NYS2d 811]

We agree with the IAS Court that it cannot be said, as a matter of law, that there is no "real relationship" between the article, which concerns newsworthy fashion trends in the Black community (*see, Stephano v News Group Publs.*, 64 NY2d 174), and the photograph in which plaintiff appears in the background wearing traditional African garb (*cf., Finger v Omni Publs. Intl.*, 77 NY2d 138). We also agree with the IAS court that plaintiff's claim that the article is an "advertisement in disguise" is too speculative to raise a bona fide issue of fact (*see, Stephano v News Group Publs., supra*, at 186; *Cruz v Latin News Impacto Newspaper*, 216 AD2d 50). Concur—Sullivan, J. P., Rosenberger, Ross, Williams and Tom, JJ.